IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WILLIAM HANSEN                                                                    PLAINTIFF

V.                              CASE NO. 5:14-CV-05350

STATE OF ARKANSAS;
CIRCUIT JUDGE BRAD KARREN;
STUART CEARLEY, Deputy Prosecuting
Attorney; PUBLIC DEFENDER SAM HALL; and
TRANSPORT DEPUTY JOHNSTON, Benton
County Sheriff's Office                                                          DEFENDANTS

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 21) of Magistrate Judge Mark E. Ford, filed on March 6, 2015. The time to object has passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 21) is **ADOPTED IN ITS ENTIRETY**, and Defendants the State of Arkansas, Circuit Judge Brad Karren, Deputy Prosecuting Attorney Stuart Cearley, and Public Defender Sam Hall are **DISMISSED** from this case.

**IT IS FURTHER ORDERED** that any claims based on Defendant Deputy Johnston's alleged verbal harassment and attempts to obtain incriminating statements from Plaintiff are also **DISMISSED**. The case otherwise remains pending against Defendant Johnston as to his alleged use of excessive force against Plaintiff.

**IT IS SO ORDERED** this 27th day of May, 2015.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE